FILED

AUG - 9 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

4                    **United States Bankruptcy Court**
                     **Central District of California**
5

6                                          ) Chapter 13
                                           )
7  CHARLES CURTISS EVERETT                 ) Case No.: 8:05-bk-10715-TA
                                           )
8                                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                           ) **(Bankruptcy Rule 3011)**
9                                          )
                                           )
10                                         )
                                           )
11 _____)

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **300806** in the sum of **$9.78**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      KAIPERM FEDERAL CREDIT UNION
        1950 FRANKLIN STREET
18      FIRST FLOOR
        OAKLAND, CA 94612
19

20 Date: August 7, 2010      _____
                             Amrane Cohen, Chapter 13 Standing Trustee
21

22

23

24

25

26

                                      1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|----------|----------------|--|----------------|------------------|-------------------|
| 0510715 | CHARLES CURTISS EVERETT | XXX-XX-8259 | 9.78 | 9.78 | 0.00 |
| | ACCT: 59814-10 | Claim: 00010 | | | |
| | | TOTALS | 9.78 | 9.78 | 0.00 |

CHARLES CURTISS EVERETT

BALANCE:              [0.00 23/00010]
SSN: XXX-XX-8259    SSN:
ACCT: 59814-10                    CASE: 0510715
PRINCIPAL:        0.00    INTEREST:        9.78

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0300806**

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$9.78

**PAY**    Nine And 78 / 100 Dollars

**TO THE**
**ORDER OF**    *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈030080⑉⑆    ⑆061100790⑆000000575186 2⑈