Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

CHARLES CURTISS EVERETT

) Chapter 13
)
) Case No.: 8:05-bk-10715-TA
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3011)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300805** in the sum of **$651.44** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the party entitled to said unclaimed dividend is as follows:

KAIPERM FEDERAL CREDIT UNION
1950 FRANKLIN STREET
FIRST FLOOR
OAKLAND, CA 92623

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0510715 | CHARLES CURTISS EVERETT<br>ACCT: 59814-10    Claim: 00010 | XXX-XX-8259 | 651.44 | 0.00 | 651.44 |
| | | TOTALS | 651.44 | 0.00 | 651.44 |

CHARLES CURTISS EVERETT

BALANCE:            [0.00 23/00010]
SSN: XXX-XX-8259    SSN:
ACCT: 59814-10                CASE: 0510715
PRINCIPAL:    651.44    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300805

Jul 23, 2010

VOID 90 DAYS FROM DATE

*******$651.44

PAY    Six Hundred Fifty One And 44 / 100 Dollars

TO THE
ORDER OF
U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300805⑈  ⑆0611002020⑆0000005181029⑆